1026

HENRY SEAMAN, *Appellant*, v. FARMERS INSURANCE EXCHANGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-31320-0, Michael J. Fox, J., entered September 19 and 29, 2006. *Reversed* and *remanded* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BROR A. SODERLIND, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00133-1, James E. Warme, J., entered August 12, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

*In the Matter of the Custody of Z.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-02681-3, John A. McCarthy, J., entered September 16, 2005. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

DON TAYLOR ET AL., *Appellants*, v. VICKI MARTIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-00217-3, John R. Hickman, J., entered October 17, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.